UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MC-60143-SINGHAL/VALLE

MATTHEW ORSO, as successor trustee to
Kenneth D. Bell as court-ordered receiver
for Rex Venture Group, LLC,
d/b/a ZeekRewards.com,

  Plaintiff,

v.

SAINTILUS JEANNESTAL,

  Defendant/Judgment Debtor.
_____

## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

THIS MATTER is before the Court upon Plaintiff Nationwide Judgment Recovery, Inc.'s (as assignee of Plaintiff Matthew Orso): (i) Motion for Final Judgment in Garnishment as to Wells Fargo N.A. (ECF No. 16); and (ii) Motion for Final Judgment in Garnishment as to Garnishee Priority One Credit Union of Florida (ECF No. 47) (together, the "Motions"). United States District Judge Raag Singhal has referred the case to the undersigned for disposition of all non-dispositive motions and a report and recommendation on dispositive motions. (ECF No. 24). Having reviewed the Motions, and being otherwise duly advised in the matter, the undersigned recommends that the Motions be **DENIED AS MOOT** for the reasons discussed below.

### I. BACKGROUND

On August 14, 2017, the United States District Court for the Western District of North Carolina entered a Final Judgment in favor of Plaintiff against each individual member of a Defendant class, including Alvaro Marin ("Defendant/Judgment Debtor"). *See generally* (ECF No. 1). On January 20, 2021, the judgment was registered with this Court. *Id.* Thereafter, Plaintiff moved for a respective writ of garnishment against Wells Fargo N.A. ("Wells Fargo") and Priority One Credit Union of Florida

("Priority One") (individually, "Garnishee"), believing that each Garnishee possessed and controlled monies or property belonging to Defendant/Judgment Debtor sufficient to satisfy the judgment in whole or in part. *See generally* (ECF Nos. 4, 20).

In April 2021 and February 2022, respectively, the Clerk of Court issued the writ of garnishment on Wells Fargo and Priority One. (ECF Nos. 5, 6, 22, 33, 35). Thereafter, each respective Garnishee filed an Answer to the writ, disclosing that at the time of service of the writ each Garnishee was indebted to Defendant/Judgment Debtor in certain amounts. *See generally* (ECF Nos. 7, 27, 44). Thereafter, pursuant to Fla. Stat. § 77.055, Plaintiff gave notice to Defendant/Judgment Debtor of the Answers. *See generally* (ECF Nos. 8, 9, 25, 28). The notice advised Defendant/Judgment Debtor that it must move to dissolve the writ of garnishment within 20 days after the date of service.

Although Defendant/Judgment Debtor did not move to dissolve the writs or make a Claim of Exemption, on October 25th and November 23rd, 2022, Plaintiff filed a Notice of Voluntary Dissolution of Writ of Garnishment as to Wells Fargo and Priority One, respectively. (ECF Nos. 45, 46, 49). Subsequently, Plaintiff also filed a Satisfaction of Judgment as to Defendant/Judgment Debtor Saintilus Jeannestal advising that he had "fully resolved the awarded amount against [him] of $35,961.87." (ECF No. 52 at 2).

## II.     RECOMMENDATION

Based upon Plaintiff's full and complete Satisfaction of Judgment as to Defendant/Judgment Debtor Saintilus Jeannestal (ECF No. 52), the undersigned **RECOMMENDS** that:

(i)     Plaintiff Nationwide Judgment Recovery, Inc.'s Motion for Final Judgment in Garnishment as to Wells Fargo (ECF No. 16) be **DENIED AS MOOT**; and

(ii)    Plaintiff Nationwide Judgment Recovery, Inc.'s Motion for Final Judgment in Garnishment as to Garnishee Priority One (ECF No. 47) be **DENIED AS MOOT**.

Within **seven (7) days** after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this District. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b). Failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1 (2022); *see Thomas v. Arn*, 474 U.S. 140 (1985).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on December 20, 2022.

_____
ALICIA O. VALLE
UNITED STAGES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
All Counsel of Record