UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-mc-60143-SINGHAL/Valle

MATTHEW ORSO, AS SUCCESSOR
TRUSTEE TO KENNETH D. BELL IN HIS
CAPACITY AS COURT-APPOINTED
RECEIVER FOR REX VENTURE GROUP,
LLC,

    Plaintiff,

v.

SAINTILUS JEANNESTAL, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate's Report and Recommendation to District Judge (DE [53]), issued on December 20, 2022. Therein, Magistrate Judge Valle considered Plaintiff Nationwide Judgment Recovery, Inc.'s (as assignee of Plaintiff Matthew Orso) Motion for Final Judgment in Garnishment as to Wells Fargo N.A. (DE [16]) and Motion for Final Judgment in Garnishment as to Garnishee Priority One Credit Union of Florida (DE [47]), and recommended the motions be denied as moot.

The parties were given seven days to file any objections to the magistrate judge's factual findings and recommendation. *See* 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation to District Judge (DE [53]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of*

*London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation to District Judge (DE [53]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation to District Judge (DE [53]) is **AFFIRMED** and **ADOPTED**. The Motion for Final Judgment in Garnishment as to Wells Fargo N.A. (DE [16]) and Motion for Final Judgment in Garnishment as to Garnishee Priority One Credit Union of Florida (DE [47]) are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of January 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF